UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN R.R.,[1]<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.<br><br>Respondents. | No. 1:26-cv-08021-KES-EGC<br><br>A# 240-465-149<br><br>**ORDER** |
| JUAN R.R.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX, et al.<br><br>Respondents. | No. 1:26-cv-04754-TLN-SCR |

The Court has examined the above-captioned actions and finds they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Accordingly, the Court VACATES any deadlines in this action and ORDERS that Case No. 1:26-cv-08021-KES-EGC be reassigned to Chief District Judge Troy L. Nunley and Magistrate Judge Sean C. Riordan. All future filings shall use the following Case Number: 1:26-cv-08021-TLN-SCR.

Additionally, Petitioner's motion to appoint counsel (ECF No. 3) is hereby GRANTED. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

**Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's *Pro Hac Vice* admission to practice before this Court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

**Within seven (7) court days of the Court's Order identifying appointed counsel,** counsel shall file a reply brief to Respondents' response to the Petition (ECF Nos. 11, 12) and/or may file an amended petition.

The Clerk of the Court shall serve a copy of this Order, the § 2241 Petition (ECF No. 1), and Respondents' response (ECF Nos. 11, 12) on the Federal Defender, Attention: Habeas Appointment. Further, the Clerk of the Court shall reassign this case to Chief District Judge Troy L. Nunley and Magistrate Judge Sean C. Riordan.

///

IT IS SO ORDERED.

DATE: October 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE